[Civil No. 674.]

MESA CITY BANK, a Corporation, Appellant, v. D. L. Murray, Treasurer and ex officio Tax-Collector of Maricopa County, Appellee.

APPEAL from a judgment of the District Court of the Third Judicial District in and for the County of Maricopa. Webster Street, Judge.

W. J. Kingsbury, for Appellant.

Thomas E. Flannigan, for Appellee.

SLOAN, J.—Upon the authority of the case of *Banking Company* v. *Murray* (decided at this term of the court), *ante,* p. 215, 56 Pac. 728, which involved the same propositions raised by the record in this case, the judgment of the lower court is affirmed.

Doan, J., and Davis, J., concur.

Opinion filed March 15, 1899.